IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,

    Plaintiff,

v.

ONE EQUITY CORPORATION,
TRIANGLE EQUITIES GROUP, INC.,
VICTORY MANAGEMENT GROUP, INC.,
DAFCAN FINANCE, INC.,
MICHAEL S. SPILLAN and
MELISSA K. SPILLAN,

    Defendants.

CASE NO. C2-08-667
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE MARK R. ABEL

## TEMPORARY RESTRAINING ORDER

This matter came before the Court upon application by the Plaintiff, the United States Security and Exchange Commission ("SEC"), for a Temporary Restraining Order against Defendants, One Equity Corporation, Triangle Equities Group, Inc., Victory Management Group, Inc., Dafcan Finance, Inc., Michael S. Spillan and Melissa K. Spillan. The Court, after finding that adequate notice was given to the Defendants as required by Federal Rule of Civil Procedure 65, ORDERS the following:

    1.    No Defendant or any person acting on the behalf of any Defendant shall make a loan or engage in other binding financial transactions during the term of this Order;

    2.    The Defendants may accept and deposit in one or more business accounts maintained by the Defendants payments received on outstanding loans;

3. No disbursements of any kind shall be made from any accounts of the Defendants during the course of this Order without prior Court approval, provided that if the individually named Defendants maintain private bank accounts for personal use only and which are uninvolved in the Defendants' businesses and have no funds from Defendants' businesses therein comingled, such funds are not subject to this Order;

4. The Defendants may pay the usual and customary salaries to employees of the Defendants, with the exception of Michael S. Spillan and Melissa K. Spillan, provided that the Defendants shall submit to the Plaintiff a list of the employees together with the amounts to be paid;

5. The Defendants shall not destroy or otherwise discard any financial records relevant to this lawsuit.

This Order enjoins and restrains the Defendants and all persons or business entities acting on behalf of or in concert with the named Defendants.

This Order shall be in effect through close of business on July 17, 2008. Because the Plaintiff is an entity of the United States Government, no bond is required. A hearing will be held as to an extension of the Temporary Restraining Order to begin on July 17, 2008 at 9:00 a.m. The Court will also consider at that time the Plaintiff's request for appointment of a receiver.

All subject to further Order of the Court.

7-10-2008
**DATE**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**