UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| v. | : CASE NO: 2:08-CV-667 |
| ONE EQUITY CORPORATION TRIANGLE EQUITIES GROUP, INC. VICTORY MANAGEMENT GROUP, INC. DAFCAN FINANCE, INC. MICHAEL S. SPILLAN and MELISSA K. SPILLAN, | : JUDGE EDMUND A. SARGUS, JR. : MAGISTRATE JUDGE MARK R. ABEL |
| Defendants. | : |

## ORDER OF PRELIMINARY INJUNCTION
## AGAINST MICHAEL S. SPILLAN AND MELISSA K. SPILLAN

This cause coming to be heard on Plaintiff's Emergency Motion for a Temporary Restraining Order and Other Ancillary Relief against Michael S. Spillan and Melissa K. Spillan ("Defendants"), the Court having previously entered a Temporary Restraining Order against One Equity Corporation, Triangle Equities Group, Inc., Victory Management Group, Inc. and Dafcan Finance, Inc. on July 10, 2008, Defendants Michael S. Spillan and Melissa K. Spillan having agreed to the entry of this Order without admitting or denying the allegations of the Complaint, and the Court, after finding that it has jurisdiction over the subject matter of this case and over Defendants, ORDERS the following:

## I.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants, their agents, servants, employees, attorneys, and those persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise, and each of them, be and hereby are preliminarily restrained and enjoined from directly or indirectly soliciting, accepting or receiving any funds or securities from individuals or entities in connection with any stock based loan transaction or similar transaction or otherwise, directly or indirectly, by the use of any means or instrumentality of interstate commerce or of the mails, or of any facility of any national securities exchange:

(1) employing any device, scheme or artifice to defraud;

(2) making any untrue statement of material fact or omitting to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; or

(3) engaging in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person;

in connection with any stock based loan transaction or similar transaction in violation of Section 10(b) of the Exchange Act [15 U.S.C. §78j(b)] and Rule 10b-5 thereunder [17 C.F.R. § 240.10b-5].

## II.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendants, their agents, servants, employees, attorneys, and those persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise, and each of them, be and hereby are preliminarily restrained and enjoined from directly or indirectly:

A. transferring, selling, assigning, pledging, dissipating, concealing or otherwise disposing of in any manner, any funds, securities, assets or other property belonging to Defendants, or in the possession, custody or control of Defendants, or in which Defendants have a beneficial interest, wherever located and held in whatever name; and

B. transferring, selling, assigning, pledging, dissipating, concealing or otherwise disposing of any funds, securities, assets, accounts or other property obtained or maintained with customer funds or securities, or into which customer funds or securities have been deposited.

Notwithstanding Sections II.A. and II.B of this Order, Defendants may deposit and withdraw funds from their personal checking account at Delaware County Bank and Trust Company in connection with the payment of reasonable living expenses not to exceed, ~~without prior Court approval~~, $3,000 per transaction and $ 7,000 total per month. The defendants may apply for additional sums, but shall not pay amounts over $7,000 per month (EAS) without court approval or agreement of the parties.

III.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendants, their agents, servants, employees, attorneys, and those persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise, and each of them, be and hereby are preliminarily restrained and enjoined from directly or indirectly destroying, mutilating, concealing, altering or disposing of in any manner, any documents or other property relating to the business operations of the Corporate Defendants or the location of the Defendant's personal assets in Defendants' possession, custody or control, in whatever form, including electronic, and wherever located.

**IT IS HEREBY FURTHER ORDERED** that this Court shall retain jurisdiction of this action for all purposes, including enforcement of this Order. This Order shall remain in effect throughout the duration of this lawsuit or until further order of this Court.

**IT IS HEREBY FURTHER ORDERED** that there being no just reason for delay, the Clerk is ordered to enter this Order forthwith and without further notice.

**SO ORDERED:**

Dated: July 17, 2008

_____
UNITED STATES DISTRICT COURT JUDGE