IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

ONE EQUITY CORPORATION, et al.,

    Defendants.

Case No. 2:08-cv-667

JUDGE EDMUND A. SARGUS, JR.

## ORDER

This matter is before the Court for consideration of the Notice and Motion Seeking Leave to Appear (Document 108) filed by Elite Shine Group Limited, Brightest Power Holdings Limited, and Luck Great Investments Limited (collectively, the "C-SUN Parties").

The C-SUN Parties seek leave to appear before the U.S. District Court for the Southern District of New York in order to provide that court with an update of the status of the receivership matter, which is pertinent to case number 1:09-cv-1929 pending before that court. On April 21, 2009, this Court enjoined the C-SUN Parties from proceeding in case number 1:09-cv-1929 without this Court's permission.

The Court hereby **GRANTS** the C-SUN Parties' motion (Document 108) and **GRANTS LEAVE** for the C-SUN Parties to appear before the U.S. District Court for the Southern District of New York for the sole purpose of informing that court of the status of the receivership matter.

**IT IS SO ORDERED.**

1-13-2010
**DATED**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**