UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Securities and Exchange Commission, | : |
| | : |
| Plaintiff, | : Case No. 2:08-cv-667 |
| | : |
| v. | : Judge Edmund A. Sargus, Jr. |
| | : |
| One Equity Corporation, | : Magistrate Judge Mark R. Abel |
| Triangle Equities Group, Inc., | : |
| Victory Management Group, Inc., | : |
| Dafcan Finance, Inc., | : |
| Michael S. Spillan, | : |
| Melissa K. Spillan, | : |
| | : |
| Defendants. | : |

### ORDER APPROVING NINTH REPORT OF COURT APPOINTED RECEIVER AND APPLICATION FOR APPROVAL OF FEES AND COSTS FOR PERIOD OF DECEMBER 1, 2010 THROUGH SEPTEMBER 30, 2011

This matter came before the Court upon the Ninth Report of Court Appointed Receiver and Application for Approval of Fees and Costs for Period of December 1, 2010 through September 30, 2011 ("Ninth Report") [Doc. No. 238]. The Court finds that the Receiver served the Ninth Report upon the Master Service List and the claimants and interested parties on November 15, 2011. The Court finds that no responsive pleadings or objections have been filed.

The Court further finds that there is good cause to approve said Ninth Report. In the Ninth Report, Receiver has provided the Court with a detailed report of his actions, negotiations, and status of the legal proceedings as of November 15, 2011.

The Court further finds that as of November 10, 2011, the Receiver had $3,624,384.05 deposited in receivership estate accounts established for this case.

The Court further finds that the Receiver has provided a detailed summary of his time, fees, and expenses as stated in the Ninth Report. The Receiver and his counsel dedicated at least

820.05 hours to this receivership matter during the period of December 1, 2010 through September 30, 2011. The Receiver and his counsel have expended this time and effort to review, investigate, and liquidate assets of the receivership entities. The Court finds that the $249,830.42 amount of fees and expenses for the time period of December 1, 2010 through September 30, 2011 that has been applied for by the Receiver shall be approved.

Therefore, it is hereby ORDERED as follows:

1. The Receiver's Ninth Report is hereby approved and granted by this Court; and

2. The Receiver is hereby authorized to make disbursement of fees and expenses approved for the time period of December 1, 2010 through September 30, 2011, in the total amount of $249,830.42. Said disbursement shall occur out of the funds collected and held by the Receiver.

IT IS SO ORDERED.

Date: 12-20-2011

Edmund A. Sargus, Jr.
United States District Judge

12 08 2011 12745543