# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**SECURITIES AND EXCHANGE COMMISSION,**

        **Plaintiff,**

    v.

**ONE EQUITY CORPORATION, et al.,**

        **Defendants.**

**Case No. 2:08-cv-667**
**JUDGE EDMUND SARGUS, JR.**
**Magistrate Judge Mark R. Abel**

## ORDER

Consistent with the Court's Order of May 1, 2012, the Receiver shall send a copy of the proposed Property Plan Distribution to all claimants, together with the scheduling order of this Court, and shall thereafter file a certificate of service indicating completion.

**IT IS SO ORDERED.**

5-3-2012
_____
**DATE**

_____
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**