UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

v.

ONE EQUITY CORPORATION, *et al.*,

        Defendants.

Case No. 2:08-CV-00667
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Mark R. Abel

### ORDER

The Court has received notice from the Receiver that it has received payment relevant to the June 25, 2013 Show Cause Hearing. Accordingly, the Hearing is hereby **VACATED**.

**IT IS SO ORDERED.**

6-24-2013
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE