UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Securities and Exchange Commission, | : |
| Plaintiff, | : Case No. 2:08-cv-667 |
| v. | : Judge Edmund A. Sargus, Jr. |
| One Equity Corporation, | : Magistrate Judge Mark R. Abel |
| Triangle Equities Group, Inc., | : |
| Victory Management Group, Inc., | : |
| Dafcan Finance, Inc., | : |
| Michael S. Spillan, | : |
| Melissa K. Spillan | : |
| Defendants. | : |

**ORDER APPROVING ELEVENTH REPORT OF COURT APPOINTED RECEIVER AND APPLICATION FOR APPROVAL OF FEES AND COSTS AND FINAL DISTRIBUTION OF RECEIVERSHIP AND REQUEST FOR HEARING TO SHOW CAUSE REGARDING REMAINING BALANCE OWED BY BRADLEY MILLER**

This matter came before the Court upon the Eleventh Report of Court Appointed Receiver and Application for Approval of Fees and Costs and Final Distribution of Receivership and Request for Hearing to Show Cause Regarding Remaining Balance Owed by Bradley Miller [Doc. No. 267] and the Notice of Substitution of Exhibit 1 to the Eleventh Report of Court Appointed Receiver and Application for Approval of Fees and Costs and Final Distribution of Receivership and Request for Hearing to Show Cause Regarding Remaining Balance Owed by Bradley Miller [Doc. No.269] (collectively referred to as "Eleventh Report"). The Court finds that the Receiver served the Eleventh Report upon the Master Service List and the claimants and interested parties on May 17, 2013 and on May 22, 2013.

The Court ordered Bradley Miller to appear for a show cause hearing pertaining to the $482.14 remaining balance owed on Tuesday, June 25, 2013 at 1:30 p.m., unless the remaining balance was paid prior to that date. Pursuant to the Order [Doc. No. 270] setting such show cause hearing, the Receiver notified the Court that payment was received from Mr. Miller prior to said show cause hearing. Therefore, the show cause hearing was not held.

The Court further finds that there is good cause to approve said Eleventh Report, as set forth herein. In the Eleventh Report, Receiver has provided the Court with a detailed report of his actions, negotiations, and status of the legal proceeding as of May 17, 2013.

The Court further finds that the Receiver has provided a detailed summary of his time, fees, and expenses as stated in the Eleventh Report. The Receiver and his counsel have expended time and effort to review, investigate, and liquidate assets of the receivership entities. The Receiver's fees and expenses have been reasonable, usual, and customary fees and expenses as charged in this community for such issues and matters as within this receivership proceeding. The Receiver has limited his application for final fees and expenses, for February 1, 2012 through the termination of this receivership, to the amount of $45,000.00, and the Court finds that there is due cause to approve said fees and expenses in that amount.

The Court finds that Bradley Miller has paid the remaining balance due of $482.14 to the Receiver. With this payment being received, the remaining balance available for distribution is $152,441.89, after Receiver's final fees and expenses are paid in the amount of $45,000.00. Therefore, the Court finds that the Receiver shall make a final distribution as set forth in the attached Exhibit 1. After the Receiver makes the final distribution, he shall file a final report in the form attached as Exhibit 3 to the Eleventh Report.

2

Based upon the foregoing, it is hereby ORDERED as follows:

1. The Receiver's Eleventh Report is approved and granted by the Court.

2. The Receiver's Application for Fees and Expenses for February 1, 2012 through the termination of this receivership is hereby approved in the amount of $45,000.00 and the Receiver is authorized to make disbursement of fees and expenses approved for this time period in the total amount of $45,000.00. Said disbursement shall occur out of the funds collected and held by the Receiver.

3. The Receiver shall make the final distribution pursuant to Exhibit 1 attached hereto.

4. Upon said final distribution being made, the Receiver shall file a final report in the form attached to the Eleventh Report as Exhibit 3.

IT IS SO ORDERED.

Date: 6-27-2013

Edmund A. Sargus, Jr.
United States District Judge

EXHIBIT 1

| No. | Name of Claimant | Amount of Claim | Claims for Shares | Omnibus Objection / Other Disposition | Claim Allowed / Not Allowed | Amount of Allowed Unsecured Claim | Amount of Initial Distribution on Allowed Unsecured | Remaining Allowed Unsecured Claim | Amount of Final Distribution |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Johnson, Roosevelt | $18,850.00 | | first | not allowed | | | | |
| 2 | Kiazen Consulting Inc. | $64,065.00 | | first | allowed | $15,000.00 | $4,890.62 | $10,109.38 | $219.27 |
| 3 | Porter, Wright, Morris & Arthur LLP | $68,885.35 | | second | allowed | $64,134.14 | $20,910.34 | $43,223.80 | $937.52 |
| 4 | Encore | $ | | second | not allowed | | | | |
| 5 | Windsor One, LLC - Thomas N. Botts | $593,084.00 | | Motion to Compromise | Claim withdrawn per compromise | | | | |
| 6 | Imagining Arts, LLC dba New Image Business Cards | $298.63 | | second | allowed | $298.63 | $97.37 | $201.26 | $4.36 |
| 7 | Kevin O'Brien for Columbus Check Cashers, Inc. | $1,731.08 | | second | not allowed | | | | |
| 8 | Kevin O'Brien for Columbus Check Cashers, Inc. | $583.02 | | second | not allowed | | | | |
| 9 | Lawrence Taylor | $3,145.00 | | first | not allowed | | | | |
| 10 | Lawrence Taylor | $3,423.00 | | first | not allowed | | | | |
| 11 | Richard Hunter, Jr. | $1,850.00 | | first | not allowed | | | | |
| 12 | Colt W. Byers | $888.00 | | first | not allowed | | | | |
| 13 | Tadd W. Byers | $20,400.00 | | first | not allowed | | | | |
| 14 | Tadd W. Byers | $31,450.00 | | first | not allowed | | | | |
| 15 | Tadd W. Byers | $3,400.00 | | first | not allowed | | | | |
| 16 | Tadd W. Byers | $3,400.00 | | first | not allowed | | | | |
| 17 | Tadd W. Byers | $1,461.00 | | first | not allowed | | | | |

EXHIBIT 1

| No. | Name of Claimant | Amount of Claim | Claims for Shares | Omnibus Objection / Other Disposition | Claim Allowed / Not Allowed | Amount of Allowed Unsecured Claim | Amount of Initial Distribution on Allowed Unsecured | Remaining Allowed Unsecured Claim | Amount of Final Distribution |
|---|---|---|---|---|---|---|---|---|---|
| 18 | Coreen R. Byers | $11,900.00 | | first | not allowed | | | | |
| 19 | Coreen R. Byers | $1,000.00 | | first | not allowed | | | | |
| 20 | Christine Hunter | $3,400.00 | | first | not allowed | | | | |
| 21 | Christine Hunter | $13,505.00 | | first | not allowed | | | | |
| 22 | Christine Hunter | $3,400.00 | | first | not allowed | | | | |
| 23 | Internal Revenue Service | | | Motion to Compromise | Claim paid per compromise | | | | |
| 24 | Ohio Dept. of Job & Family Svc. | | | Motion to Compromise | Claim paid per compromise | | | | |
| 25 | Ohio Dept. of Job & Family Svc. | | | Motion to Compromise | Claim paid per compromise | | | | |
| 26 | Square One Technology Solutions | $14,565.40 | | second | allowed | $14,565.40 | $4,748.91 | $9,816.49 | $212.92 |
| 27 | Qwest Corporation | $700.26 | | second | allowed | $700.26 | $228.31 | $471.95 | $10.24 |
| 28 | Ohio Bureau of Workers' Compensation | $648.01 | | Motion to Compromise | Claim paid per compromise | | | | |
| 29 | Ohio Bureau of Workers' Compensation | $1,025.47 | | Motion to Compromise | Claim paid per compromise | | | | |
| 30 | Ohio Bureau of Workers' Compensation | $1,941.97 | | Motion to Compromise | Claim paid per compromise | | | | |
| 31 | Columbus Check Cashiers, Inc. | $2,696.73 | | second | not allowed | | | | |
| 32 | Tagnolli, Steven T. | $476,039.38 | | third | not allowed | | | | |
| 33 | Leahy, Curtis F. | $1,050,000.00 | | third | allowed | $724,500.00 | $236,216.37 | $488,283.63 | $10,590.96 |
| 34 | Kirkman, Paul | $8,542.50 | | first | allowed | $4,500.00 | $1,467.18 | 3,032.82 | $65.78 |
| 35 | Dorton, Charles F. | $20,658.40 | | first | not allowed | | | | |
| 36 | Kirkman, Paul | $20,658.40 | | first | not allowed | | | | |

EXHIBIT 1

| No. | Name of Claimant | Amount of Claim | Claims for Shares | Omnibus Objection / Other Disposition | Claim Allowed / Not Allowed | Amount of Allowed Unsecured Claim | Amount of Initial Distribution on Allowed Unsecured | Remaining Allowed Unsecured Claim | Amount of Final Distribution |
|---|---|---|---|---|---|---|---|---|---|
| 37 | Owen, Alan J. | $230,000.00 | | third | not allowed | | | | |
| 38 | Johnson, Fred D. | $9,350.00 | | first | Claim 38 not allowed (lien to be released on vehicle) | | | | |
| 38 | Johnson, Fred D. | $1,471.26 | | first | Claim 38 not allowed (lien to be released on vehicle) | | | | |
| 38 | Johnson, Fred D. | $2,916.55 | | first | Claim 38 not allowed (lien released on vehicle) | | | | |
| 39 | Byers, Todd D. | $30,405.00 | | first | Claim Nos. 39, 40, 41, 42 and 68 allowed | $56,000.00 | $18,258.27 | $37,741.73 | $818.63 |
| 40 | Byers, Todd D. | $255,000.00 | | first | See Claim No. 39 above | | | | |
| 41 | Byers, Todd D. | $5,100.00 | | first | See Claim No. 39 above | | | | |
| 42 | Byers, Todd D. | $10,000.00 | | first | See Claim No. 39 above | | | | |
| 43 | Amari, Carl | $3,344,905.00 | | third | Per Agreed Order, Amari Claim allowed | $2,969,071.78 | $968,037.76 | $2,001,034.02 | $43,402.80 |
| 44 | Schwartz, Robert | $547,531.00 | | third | allowed | $367,670.48 | $119,875.48 | $247,795.00 | $5,374.72 |
| 45 | Rambacher, Brittany | $650.00 | | first | not allowed | | | | |

6

EXHIBIT 1

| No. | Name of Claimant | Amount of Claim | Claims for Shares | Omnibus Objection / Other Disposition | Claim Allowed / Not Allowed | Amount of Allowed Unsecured Claim | Amount of Initial Distribution on Allowed Unsecured | Remaining Allowed Unsecured Claim | Amount of Final Distribution |
|---|---|---|---|---|---|---|---|---|---|
| 46 | JPMorgan Chase Bank, N.A.*** | | | Motion to Compromise | Claim withdrawn per compromise | | | | |
| 47 | Finnegan, Lawrence L. | $1,680.00 | | first | Claim Nos. 47, 48, 49, 50, 51 and 74 allowed | $6,400.00 | $2,086.66 | $4,313.34 | $93.56 |
| 48 | Finnegan, Lawrence L. | $3,108.00 | | first | See Claim No. 47 above | | | | |
| 49 | Finnegan, Lawrence L. | $8,250.00 | | first | See Claim No. 47 above | | | | |
| 50 | Finnegan, Lawrence L. | $21,013.00 | | first | See Claim No. 47 above | | | | |
| 51 | Finnegan, Lawrence L. | $1,700.00 | | first | See Claim No. 47 above | | | | |
| 52 | Baker, Emma J. (Deceased) | $16,500.00 | | first | Claim Nos. 52, 53 and 54 allowed | $20,000.00 | $6,520.81 | $13,479.19 | $292.37 |
| 53 | Baker, Emma J. (Deceased) | $39,755.00 | | first | See Claim No. 53 above | | | | |
| 54 | Baker, Emma J. (Deceased) | $17,000.00 | | first | See Claim No. 53 above | | | | |
| 55 | Baker, Richard | $37,000.00 | | first | Claim Nos. 55, 56, 57, 58, 59 and 60 allowed | $77,400.00 | $25,235.54 | $52,164.46 | $1,131.45 |
| 56 | Baker, Richard | $49,550.00 | | first | See Claim No. 55 above | | | | |
| 57 | Baker, Richard | $49,500.00 | | first | See Claim No. 55 above | | | | |

EXHIBIT 1

| No. | Name of Claimant | Amount of Claim | Claims for Shares | Omnibus Objection / Other Disposition | Claim Allowed / Not Allowed | Amount of Allowed Unsecured Claim | Amount of Initial Distribution on Allowed Unsecured | Remaining Allowed Unsecured Claim | Amount of Final Distribution |
|---|---|---|---|---|---|---|---|---|---|
| 58 | Baker, Richard | $96,200.00 | | first | See Claim No. 55 above | | | | |
| 59 | Baker, Richard | $27,750.00 | | first | See Claim No. 55 above | | | | |
| 60 | Baker, Richard | $16,150.00 | | first | See Claim No. 55 above | | | | |
| 61 | Hildebrand-Baker Frances | $7,400.00 | | first | Claim Nos. 61, 62, 63 and 64 allowed | $5,000.00 | $1,630.20 | $3,369.80 | $73.09 |
| 62 | Hildebrand-Baker Frances | $10,140.00 | | first | See Claim No. 61 above | | | | |
| 63 | Hildebrand-Baker Frances | $15,210.00 | | first | See Claim No. 61 above | | | | |
| 64 | Hildebrand-Baker Frances | $28,139.00 | | first | See Claim No. 61 above | | | | |
| 65 | Finnegan, Sean (Hildebrand-Baker Frances) | $1,450.00 | | first | Claim Nos. 65, 66 and 67 | $1,000.00 | $326.04 | $673.96 | $14.62 |
| 66 | Finnegan, Sean (Hildebrand-Baker Frances) | $2,175.00 | | first | See Claim No. 65 above | | | | |
| 67 | Finnegan, Sean (Hildebrand-Baker Frances) | $4,024.00 | | first | See Claim No. 65 above | | | | |
| 68 | Byers, Todd D. | $31,000.00 | | first | See Claim No. 39 above | | See Above | See Above | |
| 69 | Jarrell, Melissa M. | $1,921.35 | | first | allowed | $1,921.35 | $626.44 | $1,294.91 | $28.08 |
| 70 | Finnegan-Cox, Heather | $92,500.00 | | first | allowed | $26,650.00 | $8,688.98 | $17,961.02 | $389.58 |
| 71 | Barnhart, Danny R. | $463,662.50 | | first | allowed | $32,586.40 | $10,624.49 | $21,961.91 | $476.36 |

8

EXHIBIT 1

| No. | Name of Claimant | Amount of Claim | Claims for Shares | Omnibus Objection / Other Disposition | Claim Allowed / Not Allowed | Amount of Allowed Unsecured Claim | Amount of Initial Distribution on Allowed Unsecured | Remaining Allowed Unsecured Claim | Amount of Final Distribution |
|---|---|---|---|---|---|---|---|---|---|
| 72 | Sanfilippo, Annette | $303,882.46 | | third | allowed | $120,000.00 | $39,124.86 | $80,875.14 | $1,754.20 |
| 73 | Bostic, Marcus | $1,538.00 | | first | not allowed | | | | |
| 74 | Finnegan, Lawrence L. | $2,360.00 | | first | See Claim No. 47 above | | | | |
| 75 | JPMorgan Chase Bank, N.A. | $304,000.00 | | Motion to Compromise | Claim withdrawn per compromise | | See Above | See Above | |
| 76 | Dale, Michael D. | $125,596.44 | | third | allowed | $14,776.08 | $4,817.60 | $9,958.48 | $216.00 |
| 77 | Berglund, Anders | | 175,000 | third | allowed | $1,750.00 | $570.57 | $1,179.43 | $25.58 |
| 78 | McGuire & Schneider, LLP | $21,695.45 | | second | allowed | $21,695.45 | $7,073.60 | $14,621.85 | $317.15 |
| 79 | Luck Great Investments Limited | | 1,000,000 | Motion to Compromise | Claim withdrawn per compromise | | | | |
| 80 | Elite Shine Group, Ltd. | | 5,000,000 | Motion to Compromise | Claim withdrawn per compromise | | | | |
| 81 | Brightest Power Holdings, Limited | | 1,600,000 | Motion to Compromise | Claim withdrawn per compromise | | | | |
| 82 | Ohio Department of Taxation | $58,657.91 | | Motion to Compromise | Claim paid per compromise | | | | |
| 83 | Hoff, Andrew, Assigned to Debt Acquisition LLC | $11,300,000.00 | | third | allowed | $4,168,023.07 | $1,358,944.48 | $2,809,078.59 | $60,929.44 |
| 84 | Hiley, Eugene Walter & Hiley, Sherry Sindel | | 35,000 | third | allowed | $14,950.00 | $4,874.31 | $10,075.69 | $218.54 |
| 85 | Tucker, Alvin C. III | $1,092.00 | | first | allowed | $1,092.00 | $356.04 | $735.96 | $15.96 |
| 86 | Robbins Enterprises, Inc. (REI) | $10,139,549.16 | | third | not allowed | | | | |

9

EXHIBIT 1

| No. | Name of Claimant | Amount of Claim | Claims for Shares | Omnibus Objection / Other Disposition | Claim Allowed / Not Allowed | Amount of Allowed Unsecured Claim | Amount of Initial Distribution on Allowed Unsecured | Remaining Allowed Unsecured Claim | Amount of Final Distribution |
|---|---|---|---|---|---|---|---|---|---|
| 87 | Mottley, Charles | $525,000.00 | | third | allowed | $110,250.00 | 35,945.97 | $74,304.03 | $1,611.67 |
| 88 | Internal Revenue Service | $343,039.22 | | Motion to Compromise | Claim paid per compromise | | | | |
| 89 | Bard, Wayne | $3,566.73 | | first | allowed | $1,066.23 | $347.63 | $718.60 | $15.59 |
| 90 | Brannon, David L. | $15,000.00 | | first | allowed | $15,000.00 | $4,890.61 | $10,109.39 | $219.27 |
| 91 | Stevens, Melissa | $1,670.00 | | first | not allowed | | | | |
| 92 | Long, Geoffrey A. | $191,888.57 | | Stipulated Order Withdrawing Claim | Claim withdrawn | | | | |
| 93 | Long, Geoffrey A. | $110,239.05 | | Stipulated Order Withdrawing Claim | Claim withdrawn | | | | |
| 94 | Polofka, Connie | $150,000.00 | | third | not allowed | | | | |
| 95 | Smith, Alan | $547,336.20 | | third | allowed | $58,323.13 | $19,015.70 | $39,307.43 | $852.59 |
| 96 | Midwest Merger Management, LLC | $1,596,000.00 | | third | not allowed | | | | |
| 97 | Greencrest Marketing, Inc. | $12,366.83 | | second | allowed | $9,893.47 | $3,225.67 | $6,667.80 | $144.63 |
| 98 | Levingston, Ann M. | $1,164.00 | | first | not allowed | | | | |
| 99 | Dille, Melanie | $1,580.00 | | first | not allowed | | | | |
| 100 | Ira Bodenstein as Court appointed Receiver | | Unknown | third | Per Agreed Order, See Claim No. 43 | | See #43 | See #43 | |
| 101 | Laney, Matthew S. | $47,500.00 | | third | allowed | $18,615.88 | $6,069.53 | $12,546.35 | $272.13 |

10

EXHIBIT 1

| No. | Name of Claimant | Amount of Claim | Claims for Shares | Omnibus Objection / Other Disposition | Claim Allowed / Not Allowed | Amount of Allowed Unsecured Claim | Amount of Initial Distribution on Allowed Unsecured | Remaining Allowed Unsecured Claim | Amount of Final Distribution |
|---|---|---|---|---|---|---|---|---|---|
| 102 | Fricke, Philip K. | $195,000.00 | | third | not allowed | | | | |
| 103 | Edwards, Adam | $51,592.00 | | third | allowed | $11,946.53 | $3,895.05 | $8,051.48 | $174.64 |
| 104 | Marwick Investments, Inc. | $4,125,000.00 | | Motion to Compromise | Claim Nos. 104 and 105 allowed | $1,400,000.00 | $456,456.75 | $943,543.25 | $20,465.63 |
| 105 | Marwick Investments, Inc. | $4,125,000.00 | | Motion to Compromise | See Claim No. 104 above | | | | |
| 106 | Maier, Robert E. | $46,000.00 | | first | allowed | $46,000.00 | $14,997.86 | $31,002.14 | $672.45 |
| 107 | Smith, Helen | $324,859.00 | | third | not allowed | | | | |
| 108 | Beavers, Alan | $1,960.00 | | first | allowed | $1,960.00 | $639.04 | 1,320.96 | $28.65 |
| 109 | Tommy Brown Auto Sales | $20,655.00 | | second | not allowed | | | | |
| | Triangle Real Estate | $25,410.82 | | | allowed | $25,410.82 | $8,284.96 | $17,125.86 | $371.46 |
| | TOTAL | | | | | $10,428,151.10 | $3,400,000.00 | $7,028,151.10 | $152,441.89 |

11