UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SECURITIES AND EXCHANGE
COMMISSION,
        Plaintiff,                             Civil Action 2:08-cv-00667
    v.                                      JUDGE EDMUND A. SARGUS, JR.
                                         Magistrate Judge Mark R. Abel

ONE EQUITY CORPORATION,
et al.,
        Defendants.

## ORDER

This matter is before the Court on the Security and Exchange Commission's (SEC) motion to dismiss the following defendants: One Equity Corporation, Triangle Equities Group, Inc., Victory Management Group, Inc., and Dafcan Finance, Inc. Doc. 282. On May 1, 2014, the Court entered an Order approving the final report of the court-appointed receiver; the Court also ordered that the remaining defendants—One Equity, Triangle, Victory, and Dafcan—be dissolved. Doc. 279. For the reasons stated in the SEC's motion, the motion to dismiss One Equity, Triangle, Victory, and Dafcan is **GRANTED**. See Fed. R. Civ. P. 21 ("On motion or on its own, the court may at any time, on just terms, add or drop a party."); Fed. R. Civ. P. 41(a)(1)(A)(i) (noting that the plaintiff may dismiss an action without an order of the court if done before the defendant "serves either an answer or a motion for summary judgment"); Fed. R. Civ. P. 41(a)(2) (noting that the court may dismiss an action on terms it considers proper). With no defendants remaining, the clerk is **DIRECTED** to close this case.

    **IT IS SO ORDERED.**

5-22-2014
DATED

                                                EDMUND A. SARGUS, JR.
                                                UNITED STATES DISTRICT JUDGE